**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-1193**

---

SHERMAN HOWARD,

                                        Plaintiff - Appellant,

        versus

SHEILA E. WIDNALL, Secretary of the U.S. Air
Force,

                                        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (CA-97-1183-A)

---

Submitted:  August 13, 1998          Decided:  August 31, 1998

---

Before WIDENER and WILKINS, Circuit Judges, and HALL, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Sherman Howard, Appellant Pro Se.  Jeri Kaylene Somers, OFFICE OF
THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Howard v. Widnall</u>, No. CA-97-1183-A (E.D. Va. Dec. 10, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>